1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ROBERT DAVID BAKER, INC.**
**Robert David Baker, Esq. (87314)**
**80 South White Road**
**San Jose, CA 95127**
**Telephone: (408) 251-3400**
**Facsimile: (408) 251-3401**
**rbaker@rdblaw.net**

**Attorney for Plaintiff**
**DOROTHY BORDE**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

**DOROTHY BORDE,**

          **Plaintiff,**

                    **vs.**

**BURGER KING CORPORATION; SOUTH BAY FAST FOODS, INC.; ELIAS VELAZCO,**

          **Defendants.**

**Case No.  5:17-cv-06644-NC**

**STIPULATION FOR DISMISSAL [FRCP 41(a)(1)(ii)]**

          TO: UNITED STATES DISTRICT COURT:

          PLEASE TAKE NOTICE: that the Parties hereby stipulated to a dismissal of the above-entitled action with prejudice.

          IT IS SO STIPULATED.

//

//

//

//

//

| | |
|---|---|
| 1 | Date: October 22, 2018 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | Date: October 22, 2018 |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |

Date: October 22, 2018      By: s/Robert David Baker

ROBERT DAVID BAKER, INC.
80 South White Road
San Jose, CA 95127
408-251-3400
rbaker@rdlaw.net
Attorney for Plaintiff, DOROTHY BORDE

Date: October 22, 2018      By: s/Gregory C. Simonian

CASAS RILEY SIMONIAN LLP
55 North 3rd Street
Campbell, CA 95008
925-279-3430
gsimonian@legalteam.com

Attorneys for Defendants,
BURGER KING CORPORATION; SOUTH
BAY FAST FOODS, INC.; ELIAS VELAZCO

# <u>ORDER</u>

Based upon the stipulated dismissal of the above-entitled matter with prejudice, IT IS SO

ORDERED, that the above-entitled matter be dismissed with prejudice.

Dated: October 23, 2018



_____
Nathanael M. Cousins
United States Magistrate Judge